B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Middle District of Alabama

In re  Mortgage West, LLC.  ,  Case No. _____
            Debtor
                                                                                    Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| N/A | | | | |

Date:  March 26, 2008                    _____[signature]_____
                                                            Debtor

*[Declaration as in Form 2]*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | * |
| | * CHAPTER 11 |
| MORTGAGE WEST, LLC. | * |
| | * CASE NO.: 08- |
| DEBTOR(S) | * |

## NOTICE OF FILING LIST OF SECURED CREDITORS WITH THE FILING OF THE CHAPTER 11 PETITION

Pursuant to Rule 1007(1) of the United States Federal Rules of Bankruptcy Procedure, Debtor, Mortgage West, LLC., by Counsel, respectfully move to file an list of secured creditors of unpaid debts incurred with his petition for relief under Chapter 11 of the Bankruptcy Code, and in support thereof state as follows:

1. Debtor, Mortgage West, LLC. has incurred the following debts and files this notice with the petition for relief:

2. The following are the names and addresses of each creditor as provided pursuant to Rule 1019(5):

   (a) Colonial Shoppe
   27 Ann Street
   Montgomery, Alabama 36107

   (b) First Tuskegee Bank
   660 Adams Avenue
   Montgomery, Alabama 36104

   (c) Gary Melius
   135 West Gate Drive
   Huntington, New York 11743

   (d) Internal Revenue Service
   801 Tom Martin Drive
   Birmingham, Alabama 35211

Wherefore movant prays that an order be entered allowing the addition of the above-listed creditors to the case with the petition under chapter 11.

Respectfully submitted this 27th day of March, 2008.

*Patrice McClammy*
Attorney for Movant

Address of Counsel:
Patrice E. McClammy
Attorney-At-Law, LLC
P.O. Box 251624
Montgomery, AL 36125
334-281-2345
PatriceMcClammy@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served upon Trustee, P.O. Box 1389, Montgomery, Alabama 36102 this 27th day of March 2008.

The above instrument was served via:

( ) personal service
(x) first class mail
( ) certified mail, return receipt requested
( ) facsimile
( ) overnight courier

*Of Counsel*