# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

IN RE: **Mortgage West LLC**　　　　　　　　　　　　　　Case: 08-30511

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

## MOTION TO STRIKE OR RECLASSIFY CLAIMS

COMES NOW, Susan Shirock DePaola, Trustee for the above Chapter 7 case, and shows unto the Court that the following claim is due to be stricken or reclassified:

**Philip C Hardee Ltd.**　　　　　　　　　　　　　　　　　**Claim 4**

The total amount of this claim is due to be stricken. The Trustee did not administer the property subject to the creditor's security interest. Upon information and belief the creditor has foreclosed on and has possession of the property subject to its security interest.

Wherefore, the undersigned moves this honorable Court to strike or reclassify these claims as set forth hereinabove.

Respectfully submitted this the 27th day of May, 2009..

　　　　　　　　　　　　　　　　　S/<u>Susan Shirock DePaola</u>
　　　　　　　　　　　　　　　　　　TRUSTEE IN BANKRUPTCY

**Susan Shirock DePaola**
**1726 West Second Street~Suite B**
**Montgomery, Alabama  36106**
**Phone:  334-262-1600**
**brtrustee@charter.net**

Before me and on the date set forth hereinabove, personally appeared Susan Shirock DePaola, who, did swear or affirm that the facts stated herein are true and correct to the best of her knowledge information and belief and after investigation of same.

　　　　　　　　　　　　s/　Karen E. Nelson,  Notary Public
　　　　　　　　　　　　　　My Commission Expires  December 15, 2010.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been delivered by ECF or mailed to a representative of the above-named creditors and the **Bankruptcy Administrator** by first class mail, postage prepaid on this 27th day of May, 2009.

　　　　　　　　　　　　　　　　　S/ <u>Susan Shirock DePaola</u>