# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                        Case No. 08−30511
                                                                                                             Chapter 7

Mortgage West, LLC

    Debtor

## ORDER GRANTING MOTION TO STRIKE OR RECLASSIFY CLAIM(S)

CLAIM(S): 4

     The trustee, Susan S. DePaola, filed a motion to strike or reclassify the above−referenced claim(s). No response to the motion has been filed within the time allowed by LBR 3007−1, M.D. Ala. Accordingly, it is

     **ORDERED** that the motion is **GRANTED**, and each claim listed above is stricken and/or reclassified as requested in the trustee's motion, as amended (if applicable).

    Done this 29th day of June, 2009.

                                                                          /s/ William R. Sawyer
                                                                          United States Bankruptcy Judge